STATE, EX REL. DAVID CONKLIN, v. C. FRANKLIN WILSON, JUDGE, ETC.

STATE, EX REL. MAX REIDLER, v. C. FRANKLIN WILSON, JUDGE, ETC.

STATE, EX REL. JOHN P. WALSH, v. C. FRANKLIN WILSON, JUDGE, ETC.

STATE, EX REL. FREDERICK HUBERT, v. C. FRANKLIN WILSON, JUDGE, ETC.

STATE, EX REL. DANIEL ALLEN, v. C. FRANKLIN WILSON, JUDGE, ETC.

STATE, EX REL. ARTHUR J. McDONNELL, v. C. FRANKLIN WILSON, JUDGE, ETC.

STATE, EX REL. EDWARD L. CLARK, v. C. FRANKLIN WILSON, JUDGE, ETC.

Decided November 30, 1926.

On return to alternative *mandamus*.

Before GUMMERE, CHIEF JUSTICE, and Justices TRENCHARD and MINTURN.

For the relators, *Elmer W. Romine.*

For the respondent, *Charles A. Rathbun.*

PER CURIAM.

For the reasons stated in the opinion delivered at the present term in the case of *State, ex rel. O'Reardon, v. C. Franklin Wilson, Judge, &c.,* the allowance of the peremptory writs asked for by the respective relators will be denied.